JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD STEVENSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>GULFSTREAM COACH, ET AL.,<br><br>    Defendants. | CASE NO. CV 06-07626-MMM(PJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: January 16, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE